IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-007-MOC-DCK

| | |
|---|---|
| **CEDRIC DEAN, and SUSAN MILLS DEAN,** | ) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER** |
| **CHARLOTTE MECKLENBURG SCHOOLS,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the *pro se* Plaintiffs' "Motion For Approval Of Proposed Amended Complaint DKT 10" (Document No. 15) filed March 8, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the *pro se* Plaintiffs' "Motion For Approval Of Proposed Amended Complaint DKT 10" (Document No. 15) is **GRANTED**. The Court accepts Plaintiffs' proposed Amended Complaint (Document No. 10-1).

**IT IS FURTHER ORDERED** that the Clerk's Office is directed to docket Plaintiffs' proposed Amended Complaint as a separate entry.

**SO ORDERED**.

Signed: March 11, 2024

David C. Keesler
United States Magistrate Judge