# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Cedric Dean<br>Susan Mills Dean**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:24-cv-00007-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Charlotte Mecklenburg Board of Education<br>Charlotte Mecklenburg Schools**,**<br>Defendant(s). | )<br><br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 14, 2024 Order.

May 14, 2024

_____

Katherine Hord Simon, Clerk
United States District Court